James H. Wilkins, #116364  (SPACE BELOW FOR FILING STAMP ONLY)
Alyson a. Berg, #184795
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, California 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Plaintiff, BRUCE KOPITAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE KOPITAR, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 1:07-CV-00891-OWW-GSA<br><br>STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE AND TRIAL DATE AND ORDER THEREON<br><br>Trial Date: December 2, 2008 |

　　　THE PARTIES IN THE ABOVE-ENTITLED ACTION, Plaintiff BRUCE KOPITAR, and Defendant NATIONWIDE MUTUAL INSURANCE COMPANY desire to continue the trial date in this matter so that necessary discovery may be conducted and completed in a timely manner in accordance with the commencement of trial.

　　　WHEREAS, the parties are involved in a bad faith action in which Plaintiff alleges that his residential premises incurred a loss from a malfunction in a steam room at his home; that the steam caused a large amount of moisture to permeate the house; that there was a determination by a reclamation contractor that there was a substantial amount of mold in the residence; that Plaintiff had a policy of insurance with Allied Insurance, a member of Defendant Nationwide Mutual Insurance

1 Company; that there is a dispute whether the damage to the residence arose from a covered loss; and
2 Plaintiff contends that Defendant acted in bad faith, discovery must be conducted in stages.

3    WHEREAS, the parties are involved in an inspection of the residential premises, which was
4 difficult to schedule, and although the inspection has commenced, the inspection has not yet been
5 completed.

6    WHEREAS, the parties also will be required to conduct some destructive testing of the
7 residential premises, the nature and extent of the destructive testing has not yet been determined, and
8 it cannot be determined until the non-destructive inspections have been completed, and as soon as
9 it is determined in what areas the destructive testing must be pursued, then all experts will need to
10 be present for the destructive testing.

11   WHEREAS, the parties will not know what further discovery will be necessary until the
12 testing and inspections are completed.

13   WHEREAS, the parties have determined that the inspections and destructive testing of the
14 residential premises need to be completed before the next stage of discovery on the extra-contractual
15 damages issues in this bad faith case can reasonably commence, the parties believe that good cause
16 has been shown to continue the trial and that the trial date should be continued to allow time for all
17 parties to complete necessary discovery.

18   THEREFORE, it is stipulated and agreed by and among the parties, through their respective
19 counsels of record, that the settlement conference and trial of the above-captioned matter may be
20 continued and all deadlines in the Court's Scheduling Order be rescheduled as follows, in accordance
21 with the new trial date.

22 | Mid-Discovery Conference: | October 6, 2008 |
23 | Non-Expert Discovery Cut Off: | March 18, 2009 |
24 | Expert Disclosure: | January 19, 2009 |
25 | Supplemental Expert Disclosure: | February 19, 2009 |
26 | Expert Discovery Cut Off: | March 3, 2009 |
27 | Non-Dispositive Motions to be Heard By: | February 23, 2009 |
28 | Dispositive Motions to be Heard By: | May 22, 2009 |

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

- 2 -

| | | |
|---|---|---|
| 1 | Pretrial Conference: | June 29, 2009 |
| 2 | Settlement Conference: | March 23, 2009 |
| 3 | Trial: | August 4, 2009 |

The Parties Hereto agree that this Stipulation may be executed in counterparts.

Dated: May 15, 2008                                  COOPER & HOPPE


By:     /s/ Theodore W. Hoppe
Theodore W. Hoppe
Attorneys for Defendant, NATIONWIDE
MUTUAL INSURANCE COMPANY

Dated: May 15, 2008                                  WILKINS, DROLSHAGEN & CZESHINSKI LLP


By:     /s/ Alyson A. Berg
James H. Wilkins
Alyson A. Berg
Attorneys for Plaintiff, BRUCE KOPITAR

**ORDER**

IT IS SO ORDERED. The new trial date in this matter will be August 3, 2009 and the Scheduling Order shall be revised in accordance with the dates listed above.

NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

**Dated:   May 17, 2008**                       /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE