1  **Theodore W. Hoppe #138064**
   **HOPPE LAW GROUP**
2  *680 W. Shaw Avenue, Suite 207*
   *Fresno, California 93704*
3  *Telephone (559) 241-7070*
   *Facsimile (559) 241-7212*
4

5  Attorneys for Defendant
   NATIONWIDE MUTUAL INSURANCE COMPANY
6

7  **UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA**

9

10 BRUCE KOPITAR, an individual,    )    CASE NO.  1:07-CV-00891-OWW-GSA
                                    )
11                Plaintiff,         )    **STIPULATION AND ORDER**
                                    )    **AMENDING CASE SCHEDULE**
12 vs.                              )
                                    )
13 NATIONWIDE MUTUAL INSURANCE      )
   COMPANY, and DOES 1 through 50,  )
14 inclusive,                       )
                                    )
15                Defendants.       )
                                    )
16 _____ )

17     The parties hereto, by and through the undersigned, hereby stipulate and agree that the case
18 schedule may be changed, as follows:

| Event | Current Date/Time | New Date/Time |
|---|---|---|
| Disclosure of Expert Witnesses, including exchange of reports | January 19, 2009 | January 25, 2010 |
| Supplemental Expert Disclosure and Reports | February 19, 2009 | February 18, 2010 |
| Expert Discovery Cut Off | March 3, 2009 | March 2, 2010 |
| Non-Expert Discovery Cut Off | March 18, 2009 | March 17, 2010 |
| Non-Dipositive Motion Hearing Deadline | February 23, 2009 | February 19, 2010 |
| Dispositive Motion Hearing Deadline | May 22, 2009 | May 24, 2010 |
| Settlement Conference | March 23, 2009 10:30 a.m. | March 22, 2010 10:30 a.m. |

| | | |
|---|---|---|
| Pretrial Conference | June 29, 2009<br>11:00 a.m.<br>Courtroom 3 | June 28, 2010<br>11:00 a.m.<br>Courtroom 3 |
| Trial | August 4, 2009<br>9:00 a.m.<br>Courtroom 3 | August 3, 2010<br>9:00 a.m.<br>Courtroom 3 |

The parties further stipulate and agree that the proposed changes in the case schedule are necessitated by the parties mediation of this case on February 4, 2009, and wish to avoid expenses that may otherwise be incurred based upon the present schedule and the mediation date.

Dated: January _____, 2009         **WILKINS, DROLSHAGEN & CZESHINSKI**

By: _____
James H. Wilkins
Alyson A. Berg
Attorneys for Plaintiff
BRUCE KOPITAR

Dated: January _____, 2009         HOPPE LAW GROUP

By: _____
Theodore W. Hoppe
Attorneys for Defendant,
NATIONWIDE MUTUAL
INSURANCE COMPANY

### ORDER

Based on the foregoing Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that the Case Schedule be, and the same hereby is, revised.

IT IS SO ORDERED.

**Dated:    January 16, 2009**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE