1  JAMES H. WILKINS (SBN 116364)
   j.wilkins@wdcllp.com
2  **WILKINS, DROLSHAGEN & CZESHINSKI LLP**
   6785 N. Willow Avenue
3  Fresno, California 93710
   Tel: (559) 438-2390
4  Fax: (559) 438-2393

5  Attorneys for Plaintiff
   BRUCE KOPITAR
6

7  MARC S. HINES (SBN 140065)
   mhines@hinessmith.com
8  CHRISTINE M. EMANUELSON (SBN 221269)
   cemanuelson@hinessmith.com
9  **HINES SMITH CARDER LEASURE DINCEL LLP**
   3080 Bristol Street, Suite 540
10 Costa Mesa, California 92626
   Tel.: (714) 513-1122
11 Fax: (714) 513-1123

12 Attorneys for Defendant
   NATIONWIDE MUTUAL FIRE INSURANCE COMPANY
13

14              **THE UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**
15

16 | | |
|---|---|
| BRUCE KOPITAR, an individual | **CASE NO.  1:07-CV-00891-OWW-GSA** |
| Plaintiff | **STIPULATION AND ORDER AMENDING CASE SCHEDULE** |
| vs. | |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | |
| Defendant. | |

28 Defendant, Nationwide Mutual Insurance Company ("Nationwide") and Plaintiff

1
STIPULATION AND ORDER AMENDING CASE SCHEDULE

PDF created with pdfFactory trial version www.pdffactory.com

Bruce Kopitar ("Plaintiff"), through their respective counsel of record, jointly submit the following Stipulation to continue the trial and pre-trial dates and deadlines set by the Court sixty (60) days.  The Stipulation is made pursuant to Federal Rules of Civil Procedure 6(b) and 16(b)(4) and Eastern District Civil Local Rule 144.

## I.      SYNOPSIS OF CASE

Plaintiff, Bruce Kopitar ("Plaintiff") alleges that he incurred a loss when a malfunction in a steam room at his home caused damage to his home; that the steam caused a large amount of moisture to permeate the house; and that there was a determination by a reclamation contractor that there was a substantial amount of mold in the residence.  Plaintiff alleges that he had a policy of insurance with Allied Insurance, a member of Defendant Nationwide Mutual Insurance Company and that he was entitled to coverage under the policy for his loss.  Defendant disputes whether the damage to the residence arose from a covered loss.  Plaintiff also alleges that Defendant acted in bad faith.

On June 21, 2007, this case was removed from Tulare Superior Court to this court pursuant to 28 U.S.C. 1441(a), (b) and (c).  Defendant, through its prior counsel, filed an answer on June 26, 2007.

Discovery

Plaintiff has served his first set of request for production of documents, request for admissions and two sets of special interrogatories on Defendant, to which Defendant has served responses.  Defendant has served its first set of request for production of documents to Plaintiff, to which Plaintiff has served responses.  Defendant has taken a portion of Plaintiff's deposition but has not yet completed Plaintiff's deposition. Discovery is ongoing.

Pending Motions

Nationwide filed a Motion for Sanctions for Spoliation of Evidence on September 30, 2009.  Plaintiff filed his opposition to this motion on November 20 2009 and Nationwide filed its reply brief on November 30, 2009.  This motion was heard on December 7, 2009 and taken under submission.  The outcome of this motion will

2

STIPULATION AND ORDER AMENDING CASE SCHEDULE
PDF created with pdfFactory trial version www.pdffactory.com

1  significantly affect the scope of issues in this case, as the motion involves whether

2  Plaintiff's claims for mold damage will be dismissed.

3  **II.    STIPULATION OF PARTIES TO CONTINUE THE TRIAL AND**

4  **CORRESPONDING PRE-TRIAL DATES BASED ON GOOD CAUSE**

5          The parties stipulate and agree to a short continuance of the pre-trial and trial dates

6  sixty (60) days for the following reasons: (1) Defendant's counsel is very new to the case,

7  having recently being substituted in as counsel on December 14, 2009, and the

8  continuance will allow Defendant's counsel sufficient time to familiarize itself with the

9  case; (2) the continuance will allow the parties time to adjust their respective strategies

10  after the Court rules on the still-pending motion re: spoliation of evidence, which will

11  have a significant impact on the scope of issues in the case; and (3) Defendant's counsel

12  requires more time to designate expert witnesses and prepare expert witness reports.  The

13  January 25, 2010 deadline to disclose expert witnesses and exchange expert witness

14  report as fast approaching, and Defendant's counsel has not had sufficient time to prepare

15  expert witness disclosures in the short time that it has been on the case.

16          The parties stipulate to a short continuance of the dates in order to allow for

17  sufficient time for Defendant's new counsel to become familiar with the case and to

18  prepare for all discovery.  Without this short continuance of the dates, the parties will be

19  prejudiced.

20          The parties have been complying with the current dates and deadlines set forth the

21  Court's case schedule.  To date, none of the cut-off dates have passed.  A short

22  continuance of the dates and deadlines would serve to avoid any potential fees and costs,

23  as well as waste of judicial resources and time, filing potential motions after the cut-off

24  dates for leave to amend the scheduling order.  To this end, the parties stipulate and

25  propose a 60-day continuance of the dates as follows:

26  //

27  //

28

| EVENT | CURRENT | NEW DATE/TIME |
|-------|---------|---------------|

3

STIPULATION AND ORDER AMENDING CASE SCHEDULE

PDF created with pdfFactory trial version www.pdffactory.com

|  | **DATE/TIME** |  |
|---|---|---|
| Disclosure of Expert Witnesses including exchange of reports | January 25, 2010 | March 25, 2010 |
| Supplemental Expert Disclosure and Reports | February 18, 2010 | March 18, 2010 |
| Expert Discovery Cut Off | March 2, 2010 | May 3,  2010 |
| Non-Expert Discovery Cut Off | March 17, 2010 | May 17, 2010 |
| Non-Dispositive Motion Hearing Deadline | February 19, 2010 | April 19, 2010 |
| Dispositive Motion Hearing Deadline | May 24, 2010 | July 26, 2010 |
| Settlement Conference | March 22, 2010, 10:30 a.m. | May 24, 2010, 10:30 a.m. |
| Pretrial Conference | June 28, 2010, 11:00 a.m. Courtroom 3 | August 30, 2010, 11:00 a.m., Courtroom 3 |
| Trial | August 3, 2010, 9:00 a.m. Courtroom 3 | October 5, 2010, 9:00 a.m. Courtroom 3 |

The Court has previously granted two extensions in this case, both upon filings of stipulations between Plaintiff's counsel and Defendant's prior counsel.  First, on May 19, 2008, the Court granted the parties' stipulation to continue the settlement conference and trial date, which necessitated rescheduling the deadlines in the Court's scheduling order, including discovery deadlines, the deadline to file dispositive motions, and the pretrial conference date.  [Docket No. 15].  Second, on January 20, 2009, the Court issued an Order amending the case schedule by extending the dates listed above. [Docket No. 19]. Defendant's current counsel has not previously requested an extension of any dates. Federal Rules of Civil Procedure 6(b), 16(a) and 16(b)(4) give the Court broad discretion to regulate pre-trial matters, to manage its calendar, grant continuance of scheduling dates, and to direct the parties in a manner that expedites disposition of the action and facilitates settlement.

//

//

As set forth herein, and in light of the fact that there is a pending motion that will

4

STIPULATION AND ORDER AMENDING CASE SCHEDULE

PDF created with pdfFactory trial version www.pdffactory.com

1   significantly affect the issues in this case, good cause exists for the Court to grant the

2   continuance under any of the Rules.

3

4        IT IS SO STIPULATED.

5   Dated:  January 6, 2010                    **WILKINS, DROLSHAGEN &**

6                                              **CZESHINSKI LLP**

7

8                                              /s/ JAMES H. WILKINS

9                                              James H. Wilkins
                                               Attorney for Plaintiff
10                                             BRUCE KOPITAR

11

12  Dated:  January 6, 2010                    **HINES SMITH CARDER LEASURE**

13                                             **DINCEL LLP**

14

15                                             /s/ MARC S. HINES
                                               Marc S. Hines
16                                             Christine M. Emanuelson
                                               Attorneys for Defendant
17                                             NATIONWIDE MUTUAL FIRE INSURANCE
                                               COMPANY
18
                                               **ORDER**
19

20      Based on the foregoing Stipulation and good cause appearing therefore,
        IT IS HEREBY ORDERED that the Case Schedule be, and the same
21      hereby is, revised.

22  IT IS SO ORDERED.

23

    Dated: January 7, 2010                     /s/ OLIVER W. WANGER
24                                             United States Senior District Judge

25

26

27

28

5

STIPULATION AND ORDER AMENDING CASE SCHEDULE

PDF created with pdfFactory trial version www.pdffactory.com