JAMES H. WILKINS (SBN 116364)
j.wilkins@wdcllp.com
**WILKINS, DROLSHAGEN & CZESHINSKI LLP**
6785 N. Willow Avenue
Fresno, California 93710
Tel: (559) 438-2390
Fax: (559) 438-2393

Attorneys for Plaintiff
BRUCE KOPITAR

MARC S. HINES (SBN 140065)
mhines@hinessmith.com
CHRISTINE M. EMANUELSON (SBN 221269)
cemanuelson@hinessmith.com
**HINES SMITH CARDER LEASURE DINCEL LLP**
3080 Bristol Street, Suite 540
Costa Mesa, California 92626
Tel.: (714) 513-1122
Fax: (714) 513-1123

Attorneys for Defendant
NATIONWIDE MUTUAL FIRE INSURANCE COMPANY

# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE KOPITAR, an individual<br><br>Plaintiff<br><br>vs.<br><br>NATIONWIDE MUTUAL FIRE INSURANCE COMPANY<br><br>Defendant. | **CASE NO. 1:07-CV-00891-OWW-GSA**<br><br>**STIPULATION AND ORDER AMENDING CASE SCHEDULE BY AMENDING THE DEADLINE FOR THE PARTIES TO EXCHANGE SUPPLEMENTAL EXPERT WITNESS DISCLOSURES AND REPORTS** |

1
STIPULATION AND ORDER AMENDING CASE SCHEDULE BY AMENDING THE
DEADLINE FOR THE PARTIES TO EXCHANGE SUPPLEMENTAL EXPERT WITNESS
DISCLOSURES AND REPORTS

PDF created with pdfFactory trial version www.pdffactory.com

Defendant, Nationwide Mutual Insurance Company ("Nationwide") and Plaintiff Bruce Kopitar ("Plaintiff"), through their respective counsel of record, jointly submit the following Stipulation and Order Amending Case Schedule by Amending the Deadline for the Parties to Exchange Supplemental Expert Witness Disclosures and Reports to April 18, 2010.

On January 6, 2010, the parties submitted a joint stipulation and proposed order to amend the case schedule by extending all trial and pre-trial dates by 60 days. [Docket No. 34]. On January 8, 2010, the Court signed the parties' proposed order. [Docket No. 35].

The proposed order that the parties submitted to the court mistakenly listed March 18, 2010 as the deadline for the parties to exchange supplemental expert disclosures and reports. Instead, the deadline should be April 18, 2010. This was a clerical error that must be amended as the deadline for the parties to exchange supplemental expert disclosures and reports was mistakenly listed as occurring before the deadline to exchange initial expert disclosures and reports.

All of the other dates in the Court's January 8, 2010 order are correct except for the deadline to exchange supplemental expert witness disclosures and reports. Therefore, the parties stipulate that the deadline for the parties to exchange supplemental expert disclosure and reports be amended to be April 18, 2010.

IT IS SO STIPULATED.

Dated: February 3, 2010  **WILKINS, DROLSHAGEN & CZESHINSKI LLP**

    /s/ James H. Wilkins
James H. Wilkins
Attorney for Plaintiff
BRUCE KOPITAR

2
STIPULATION AND ORDER AMENDING CASE SCHEDULE BY AMENDING THE DEADLINE FOR THE PARTIES TO EXCHANGE SUPPLEMENTAL EXPERT WITNESS DISCLOSURES AND REPORTS

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: February 3, 2010 | **HINES SMITH CARDER LEASURE DINCEL LLP** |

/s/ Mark S. Hines
Marc S. Hines
Christine M. Emanuelson
Attorneys for Defendant
NATIONWIDE MUTUAL FIRE INSURANCE COMPANY

## ORDER

Based on the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Case Schedule be, and the same hereby is, revised by amending the deadline for the parties to exchange supplemental expert disclosures and reports to be April 18, 2010.

IT IS SO ORDERED.

Dated: February 5, 2010        /s/ OLIVER W. WANGER
                               UNITED STATES SENIOR DISTRICT JUDGE

3
STIPULATION AND ORDER AMENDING CASE SCHEDULE BY AMENDING THE
DEADLINE FOR THE PARTIES TO EXCHANGE SUPPLEMENTAL EXPERT WITNESS
DISCLOSURES AND REPORTS

PDF created with pdfFactory trial version www.pdffactory.com