# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE KOPITAR, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>    Defendants. | **CASE NO. 1:07-cv-00891-OWW-GSA**<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT, NATIONWIDE MUTUAL INSUANCE COMPANY'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE** |

    Defendant Nationwide Mutual Insurance Company filed a Motion for Sanctions for Spoliation of Evidence on September 30, 2009. [Doc. 21] Plaintiff Bruce Kopitar thereafter filed opposition papers [Doc. 27], and Nationwide replied. [Doc. 30] Oral argument was heard by the Court on December 7, 2009, at which time it took the matter under submission. The Court issued a Memorandum Decision on Nationwide's Motion on March 17, 2010. [Doc. 39]

    After considering each of the parties' briefing and oral argument, and based on the reasons set forth in the Court's Memorandum Decision, IT IS HEREBY ORDERED that Nationwide's Motion is granted in part and denied in part. Nationwide's motion for monetary sanctions is granted. Plaintiff is ordered to pay Nationwide $2,280.00 no later

than ten business days following the entry of this Order.  Nationwide's motion for terminating sanctions is denied without prejudice.

IT IS SO ORDERED.

Dated:   **March 30, 2010**                              **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE