1  JAMES H. WILKINS (SBN 116364)
   j.wilkins@wdcllp.com
2  WILKINS, DROLSHAGEN & CZESHINSKI LLP
   6785 N. Willow Avenue
3  Fresno, California 93710
   Tel: (559) 438-2390
4  Fax: (559) 438-2393
   Attorneys for Plaintiff
5  BRUCE KOPITAR

6  MARC S. HINES (SBN 140065)
   JOSEPH S. MCMILLEN (SBN 174561)
7  HINES SMITH CARDER DINCEL BLAND LLP
   3080 Bristol Street, Suite 540
8  Costa Mesa, California 92626
   Tel.: (714) 513-1122
9  Fax: (714) 513-1123
   mhines@hinessmith.com
10 jmcmillen@hinessmith.com
   Attorneys for Defendant
11 NATIONWIDE MUTUAL INSURANCE COMPANY

12

13 **THE UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA**

14

15 | BRUCE KOPITAR, an individual, | CASE NO.  1:07-CV-00891-OWW-JLT |
   |---|---|

16 Plaintiff,    STIPULATION AND ORDER FOR
                 DISMISSAL OF ACTION WITH
                 PREJUDICE

17 vs.

18 NATIONWIDE MUTUAL INSURANCE
   COMPANY, and DOES 1 through 50,
   inclusive,
19
              Defendants.
20

21

22      TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

23 EASTERN DISTRICT OF CALIFORNIA:

24      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

25 Bruce Kopitar voluntarily dismisses the above-captioned action, with prejudice.  The

26 parties to the action, including Plaintiff and Defendant Nationwide Mutual Insurance

27 Company, hereby stipulate to the dismissal by and through their counsel of record.

28
                                    1
              STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE;
                            AND PROPOSED ORDER

1    The parties have agreed that each side shall bear its own costs and attorneys' fees.

2    IT IS SO STIPULATED.

3

4    Dated:  March 7, 2011          WILKINS, DROLSHAGEN & CZESHINSKI LLP

5                                            By:        */s/ James H. Wilkins*

6                                                    James H. Wilkins
                                                     Attorney for Plaintiff,
7                                                    Bruce Kopitar

8

9    DATED:  March 1, 2011          HINES SMITH CARDER DINCEL BLAND LLP

10                                           By:        */s/ Marc S. Hines*

                                                     Marc S. Hines
11                                                   Joseph S. McMillen
                                                     Attorneys for Defendant,
12                                                   Nationwide Mutual Insurance Company

13

14                                           **ORDER**

15       Based on the foregoing Stipulation and good cause appearing, IT IS HEREBY

16   ORDERED that the above-captioned action is dismissed in its entirety, with prejudice.

17   Each side shall bear its own costs and attorneys' fees.

18

19

20   IT IS SO ORDERED.

21       Dated:   **March 8, 2011**                    **/s/ Oliver W. Wanger**
                                                     UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28
                                            2
                 STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE;
                                AND PROPOSED ORDER